39125. Lester W. Bussey v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39035. W. Delbert DeHass, appellant v. Ohio Public Health Council et al., appellees. Franklin County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39036. Robert Hubbard et al., appellees v. Edward M. Pape et al., appellants. Hamilton County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39049. The State of Ohio, appellee v. John Ciesielski, appellant. Columbiana County. For leave to appeal. Overruled.